UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Yufan Zhang, | Civil Case No. 18-cv-01454-MJD-KMM |
| Plaintiff, | |
| v. | **UPDATE REGARDING ARBITRATION IN STAYED ACTION** |
| UnitedHealth Group and Sujatha Duraimanickam, | |
| Defendants. | |

Pursuant to the Court's April 8, 2019 Order directing the parties to provide updates to the Court every six (6) months starting from the date of the stay in the action *Zhang v. UnitedHealth Group, et al.*, Civ. No. 18-cv-01454-MJD-KMM, the undersigned parties submit this letter.

Plaintiff Zhang's counsel served the Demand For Arbitration on Defendant UnitedHealth Group by electronic mail on March 13, 2019. On April 1, 2019, UnitedHealth initiated arbitration with the American Arbitration Association ("AAA"). On April 17, 2019, the Honorable Jeffrey Keyes accepted appointment as arbitrator for the matter.

A hearing on the merits is scheduled for April 29–May 1, 2020 at 9:00 a.m., to be held at the offices of Nilan Johnson Lewis PA, 250 Marquette Avenue South, Suite 800, Minneapolis, MN 55401.

Discovery is to be completed by February 14, 2020. A status conference is scheduled to be held on April 22, 2020.

Respectfully submitted,

                                    GUSTAFSON GLUEK PLLC

Date:  February 13, 2020        By:  /s/Kaitlyn Dennis
                                    Daniel E. Gustafson (#202241)
                                    Kaitlyn L. Dennis (#0397433)
                                    Daniel J. Nordin (#0392393)
                                    Canadian Pacific Plaza
                                    120 South Sixth Street, Suite 2600
                                    Minneapolis, MN 55402
                                    Phone: 612-333-8844
                                    Fax: 612-339-6622
                                    dgustafson@gustafsongluek.com
                                    kdennis@gustafsongluek.com
                                    dnordin@gustafsongluek.com

                                    Attorneys for Plaintiff


                                    NILAN JOHNSON LEWIS PA

Date:  February 13, 2020        By:  /s/Sandra Jezierski
                                    Sandra L. Jezierski (#267132)
                                    120 South Sixth Street, Suite 400
                                    Minneapolis, MN 55402-4501
                                    Phone: 612-305-7500
                                    Fax: 612-305-7501
                                    sjezierski@nilanjohnson.com

                                    Attorney for Defendants