UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Yufan Zhang,<br><br>        Plaintiff,<br><br>v.<br><br>UnitedHealth Group and Sujatha Duraimanickam,<br><br>        Defendants. | Civil Case No. 18-cv-01454-MJD-KMM<br><br>**UPDATE REGARDING ARBITRATION IN STAYED ACTION** |

Pursuant to the Court's April 8, 2019 Order directing the parties to provide updates to the Court every six (6) months starting from the date of the stay in the action *Zhang v. UnitedHealth Group, et al.*, Civ. No. 18-cv-01454-MJD-KMM, the undersigned parties submit this letter.

Plaintiff Zhang's counsel served the Demand For Arbitration on Defendant UnitedHealth Group by electronic mail on March 13, 2019. On April 1, 2019, UnitedHealth initiated arbitration with the American Arbitration Association ("AAA"). On April 17, 2019, the Honorable Jeffrey Keyes accepted appointment as arbitrator for the matter.

A hearing on the merits was held via Zoom on August 4–5, 2020 and on August 18–19, 2020. On September 18, 2020, parties submitted their Post-Hearing Briefs. On October 5, 2020, the Arbitrator rendered a judgment on the arbitration claims in favor of Respondents UnitedHealth Group and Sujatha Duraimanickam.

Respectfully submitted,

                                    GUSTAFSON GLUEK PLLC

Date:  October 8, 2020         By:  /s/Kaitlyn Dennis
                                   Daniel E. Gustafson (#202241)
                                   Kaitlyn L. Dennis (#0397433)
                                   Daniel J. Nordin (#0392393)
                                   Canadian Pacific Plaza
                                   120 South Sixth Street, Suite 2600
                                   Minneapolis, MN 55402
                                   Phone: 612-333-8844
                                   dgustafson@gustafsongluek.com
                                   kdennis@gustafsongluek.com
                                   dnordin@gustafsongluek.com

                                  Attorneys for Plaintiff


                                  NILAN JOHNSON LEWIS PA

Date:  October 8, 2020         By: /s/ Sandra Jezierski
                                   Sandra L. Jezierski (#267132)
                                   120 South Sixth Street, Suite 400
                                   Minneapolis, MN 55402-4501
                                   Phone: 612-305-7500
                                   Fax: 612-305-7501
                                   sjezierski@nilanjohnson.com

                                  Attorney for Defendants