

EXHIBIT 2

2016-02-21 Common Review for Claimant by Kim Myers



# UNITEDHEALTH GROUP

## Common Review for ZHANG,YUFAN

| | | | |
|---|---|---|---|
| **Review Date:** | February 21, 2016 | **Reviewer Type:** | Manager Review |
| **Review Type:** | Common Review | **Reviewer Name:** | MYERS,KIMBERLY LYNNE |

| **Current:** | | **On Review Date:** | |
|---|---|---|---|
| Segment: | Optum Technology | Segment: | Optum Technology |
| Division: | Software Engineering Services | Division: | Software Engineering Services |
| Job Title: | Apps Dev Cnslt | Job Title: | Apps Dev Cnslt |
| Grade: | 28 | Grade: | 28 |
| Manager Name: | MYERS,KIMBERLY LYNNE | Manager Name: | MYERS,KIMBERLY LYNNE |

## Performance Summary

Marginal | Effective | Outstanding | Not Applicable

## Business Goals

**Title**　　　　　　　　　　　　　　**Goal Category:** Financial　　　　[1] [2] ■ [4] [5]　　　[N/A]

**Optum Marketing Cloud (OMC) SaaS Product**

**Description**

Support the team goals of $300k in savings to the organization from the Optum Marketing Cloud SaaS solution through:
* Active development efforts
* Active involvement in testing and quality control
* Releasing zero significant defects into production

**Comments**

Frank started with our team in January this year. He initially had to learn Adobe Experience Manager (AEM) prior to starting substantial work on the Optum Marketing Cloud (OMC) SaaS product. Frank is a great team player, and as the team has grown, he has assisted the other developers with coming on board. He consistently volunteers for new tasks, and he has offered valuable advice about peer code reviews and documentation. Frank is excellent at documentation, and his level of detail is very appreciated by me and by the QA tester for OMC.

Frank was particularly effective when the team was researching stability issues with OMC. He learned and used JMap to assist with the performance tests. He also did an excellent job taking that data to analyze and find memory leaks.

Frank is a strong technical talent and has an excellent background in Java; he is actively learning more about AEM. He should work on improving consistency in his code, particularly naming conventions and adding more explanatory comments. He should be more alert to the priorities of the team communicated in Basecamp and daily meetings to ensure that he is focusing on the right tasks; if he has questions about the priorities, he should ask the leaders or his colleagues.

**Title**　　　　　　　　　　　　　　**Goal Category:** Fundamental Execution　　[1] [2] [3] ■ [5]　　　[N/A]

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　UHG-Zhang000865

EXHIBIT
Zhang 4

# UNITEDHEALTH GROUP

**Review Date:** February 21, 2016  
**Review Type:** Common Review

**Reviewer Type:** Manager Review  
**Reviewer Name:** MYERS,KIMBERLY LYNNE

|  | Marginal | Effective | Outstanding | Not Applicable |
|---|---|---|---|---|

### Business Goals

**Optum Developer Enablement**

**Description**

Support the John Santelli initiative for Optum Developer through:
* Active development efforts
* Active involvement in testing and quality control
* Releasing zero significant defects into production

**Comments**

My feedback on Frank's performance for the Optum Developer project mirrors the notes from the OMC goal above. However, there were a few Optum Developer tasks where Frank excelled further. As part of the Developer project, Frank was tasked with a proof of concept (POC) about Optum ID integration. While the POC was put on hold due to Optum ID issues, I was impressed with Frank digging in, finding Optum ID resources, and thoroughly preparing for the task.

Frank also was a key player in setting up the code repository for Optum Developer. Initially, it was an extension of the OMC code base, and Frank researched and found a solution to have OMC and Optum Developer co-exist within AEM and to have OMC set up as a dependency for Optum Developer. Colleague feedback on Frank noted that this was not a trivial task, but he was able to find and implement a solution and document that solution for the team.

**Title**  **Goal Category:** Fundamental Execution   [1] [2]   [4] [5]    N/A

**Adobe Experience Manager (AEM) Knowledge**

**Description**

Continue to learn AEM best practices and development through:
1). Completing AEM 6.0 developer training materials, include the fundamental knowledge of AEM architecture, as self-service training and by collaborating with the team on questions
2). Learning about Sightly and creating at least two components using Sightly in the second half of the year

**Comments**

Frank has come a long way with his AEM knowledge since he started with Optum in January. Prior to joining us, he had limited experience with AEM from a previous job, but mostly from the back-end perspective. Since starting at Optum, he has completed self-service training by reviewing documentation from Adobe, working with team members, and learning through "doing." He also learned Sightly and documented its basic features for the Optum Developer project. Though he completed development of components using Sightly, we learned of an Adobe flaw for Sightly within our current AEM version, and we have been unable to deploy any extensive Sightly code. For a self-taught AEM developer with less than a year of experience with the product, Frank is doing well.

To continue to improve, Frank can learn more about what is "out of the box" with AEM to ensure that he doesn't develop this functionality from scratch. He should also consider reaching out more to his fellow developers on the team; he listens very well, but Frank seems to hesitate to ask for help and collaboration. If he makes this a part of his regular practice prior to starting new development tasks, the whole team could be stronger as a result.

**Title**  **Goal Category:** Fundamental Execution   [1] [2]  [4] [5]    N/A

CONFIDENTIAL

UHG-Zhang000866

# UNITEDHEALTH GROUP

**Review Date:** February 21, 2016  **Reviewer Type:** Manager Review
**Review Type:** Common Review  **Reviewer Name:** MYERS, KIMBERLY LYNNE

## Business Goals

| | Marginal | Effective | Outstanding | Not Applicable |
|---|---|---|---|---|

### UnitedHealth Group Knowledge

**Description**

Continue to learn about UHG / Optum technology best practices through attending Dev Days in July or August 2015.

**Comments**

Frank did take the initiative to attend Optum Dev Days when it was offered in Minnesota. I very much appreciate his taking the time to attend and learn. He also actively researches Optum and UHG technologies and standards, and he has used this to further his knowledge of the UHG world.

Since he has been with the company less than a year, I suggest that he continue to follow this path to continue to learn. Frank may want to consider broadening his approach, including posting more in OneConnect to share questions, requests, and his knowledge with others.

## Values Based Competencies

| | Marginal | Effective | Outstanding | Not Applicable |
|---|---|---|---|---|

**Title**  [1] [2] [3] [■4] [5]  [N/A]

**Integrity Value: Act Ethically**

**Description**

- Demonstrate Integrity
- Comply with Applicable Laws, Regulations and Policies

Trust is fundamental to our mission. We make honest commitments. We never compromise ethics. We must diligently work to ensure that integrity is at the core of everything we do. We speak the truth. We deliver on our promises and honor our commitments. We acknowledge mistakes and quickly address them. We are known for living up to the highest standards of ethical behavior and for complying with all applicable laws and regulations.

**Title**  [1] [2] [■3] [4] [5]  [N/A]

**Compassion Value: Focus on Customers**

# UNITEDHEALTH GROUP

**Review Date:** February 21, 2016  **Reviewer Type:** Manager Review
**Review Type:** Common Review  **Reviewer Name:** MYERS,KIMBERLY LYNNE



## Values Based Competencies

**Description**

- Identify and Exceed Customer Expectations
- Improve the Customer Experience

As individuals and as an organization, we take an active interest in the lives of others. We consistently strive to walk in the shoes of those we serve, and of one another. We actively listen to fully understand and genuinely empathize with other perspectives. Our compassionate focus on customers shows that we understand and identify with their needs.

**Title**  | 1 | 2 | 3 | **4** | 5 | N/A |

**Relationship Value: Act as a Team Player**

**Description**

- Collaborate with Others
- Demonstrate Diversity Awareness
- Learn and Develop

Our mission requires trust throughout our global enterprise. We build that trust through collaboration when making decisions, taking action and finding solutions. We approach all people with respect, humility, confidence and energy. Because we depend on one another, we actively engage with each other to share information and ideas. We authentically confront issues and constructively resolve differences. We recognize that diversity and respect bring us together and make us more effective as individuals and team members.

**Title** | 1 | **2** | 3 | 4 | 5 | N/A |

**Relationship Value: Communicate Effectively**

**Description**

- Speak and Write Clearly
- Listen Actively
- Influence Others

Because we work in highly diverse, complex, multi-functional teams, we're at our best when we build relationships in ways that create trust. As we engage with one another to build and maintain productive relationships, we need to continually share information, ideas and resources within and across teams. Regardless of the pace, intensity or urgency we may encounter in specific situations, we always communicate with respect and humility as well as confidence and energy. We confront issues, not people.

**Title** | 1 | 2 | 3 | **4** | 5 | N/A |

**Innovation Value: Support Change and Innovation**

# UNITEDHEALTH GROUP

**Review Date:** February 21, 2016     **Reviewer Type:** Manager Review
**Review Type:** Common Review     **Reviewer Name:** MYERS, KIMBERLY LYNNE



## Values Based Competencies

**Description**

- Work Effectively in a Changing Environment
- Contribute Innovative Ideas

Our success within a dynamic and fast-paced marketplace depends on our ability to invent the future as we learn from the past. It requires an innovative mind-set that involves respectfully challenging the way things are done as well as having the curiosity and courage to develop new ideas. We are curious and not afraid to fail in honest efforts to focus on practical and purposeful innovation that builds value. We recognize the impact that innovation has beyond our products or services, and how it can enhance the way we conduct business. It helps create positive, practical change to best serve our mission of helping people lead healthier lives.

**Title**        

**Performance Value: Make Fact Based Decisions**

**Description**

- Use Sound Judgment
- Apply Business Knowledge

We are committed to deliver and demonstrate excellence in everything we do. We constantly strive for, and achieve, excellence in the decisions we make and the solutions we create. We are accountable for delivering high-quality results and making a difference. We constantly focus on cultivating and developing our business knowledge and judgment.

**Title**        

**Performance Value: Deliver Quality Results**

**Description**

- Drive for Results
- Manage Time Effectively
- Produce High-Quality Work

We are accountable and responsible for consistently delivering high-quality results that have a positive impact on our business. We establish and achieve challenging objectives and goals. We constantly strive to improve our business outcomes in all key performance areas, and understand that clear direction, high self-awareness and constant feedback help foster exceptional performance. We consistently focus on demonstrating operational excellence, clear communication and effectively managing priorities to achieve business success.

## Values Based Competency Comments

2/15/2016     Page 5 of 7

CONFIDENTIAL     UHG-Zhang000869

# UNITEDHEALTH GROUP

**Review Date:** February 21, 2016
**Review Type:** Common Review

**Reviewer Type:** Manager Review
**Reviewer Name:** MYERS,KIMBERLY LYNNE

Frank consistently demonstrates integrity throughout his interactions with the team and his use of company resources.

He seeks to meet our customers' needs and concerns, and could continue to improve by thinking even further about what an "author" in OMC/Optum Developer would expect and collaborate with the team to discuss ideas and concerns.

As noted earlier, Frank is the first to volunteer when a new team task is discussed. He actively and successfully shares information through documentation with the rest of the team. He could be more collaborative in asking for help or discussing development approaches prior to starting tasks.

Frank does seem to have challenges with verbal communication. I appreciate that he is an active listener, but I would encourage him to ask for clarification when he doesn't understand parts of the discussion. Occasionally, as noted earlier, Frank sometimes seems to misunderstand the verbal discussions about a change in priorities or tasks. He has a wealth of technical information, and he could seek to influence the team's discussions more frequently by sharing his thoughts and logic. Frank also tends to be slow to reply via our Optum chat service and email, so more attention to these tools will assist with perceptions about his communication.

Frank is willing to try new things, and he tries to contribute innovative ideas. As his communication skills evolve, he will likely become even more effective at change and innovation. He also has suggested well-received ideas to improve our documentation, process, and approaches.

Prior to tackling a new task, Frank does an excellent job of gathering information from online resources to make sound decisions. He can continue to improve by broadening this to include discussions with fellow team members and others in similar roles throughout Optum.

The code that Frank produces tends to be high quality, with any issues often being the result of a misunderstanding; these issues are typically caught during his testing process. Frank definitely puts in extra time to learn and accomplish tasks, as well as to assist with operational needs like checkout and validation when our servers are undergoing maintenance during off-hours.

## Evaluation Summary

|   | Needs Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|
| 1 | 2 | ■ 3 | 4 | 5 |

Frank has had a very good first year with Optum. Considering that he is at a new company, in a new role, and learning a new technology platform, I have been impressed with his progress.

As noted earlier, Frank is very strong in documentation, technical knowledge, and taking the initiative to learn about all of the new items he is faced with. He can continue to work on communication, initiating collaboration, and ensuring that he is always clear on priorities and tasks.

I am looking forward to Frank's second year at Optum; I believe that he has a solid future here, and I can only see him improving with his AEM-related skills as time goes on.

## Employee Comments

# UNITEDHEALTH GROUP

**Review Date:** February 21, 2016  
**Review Type:** Common Review  

**Reviewer Type:** Manager Review  
**Reviewer Name:** MYERS,KIMBERLY LYNNE

CONFIDENTIAL

UHG-Zhang000871