

Appendix 2

the changes on Tenant Admin Tool requirement



# The Requirement Changes on Development Assignment of Optum Developer and Optum Marketing Cloud (OMC) Tenant Admin Tool

1. **Initial Requirement** (required to be done in a week, 30 hours per week – in Optum development, only six hours were allocated for the time of development jobs on each working day)
   The initial requirement is to create an embedded component that could update the Python Command Line file by removing the deleted tenant names from the tenant name list when any tenants are deleted in AEM framework. The initial tenant names (name list) are hardcoded in a separated Python Command Line file, which is run manually on AEM framework to create or add the tenants with the names which are pre-defined (hardcoded) on the file.

   The assignment is to implement the new component (circled in pink color in below diagram). The Python Command Line file (the square with blue background) is a separated file outside the AEM framework (the square with white background)

   

   In Optum Marketing Cloud AEM development team, a development cycle would consist of a Two-week Development Sprint (period) and One-week Testing stage (period). But in real, due to a lot of unexpected situations, all of the development cycles during Ms. Sujatha Duraimanickam first half year in Optum lasted for more than three weeks. Her development cycles usually took about a month to complete due to development blocked by some resources, more time needed in testing, unable for most of developers to finish their development jobs, changes on requirement, many defects found, etc.

2. The Tenant Admin Tool development requirements had been changed for several times

   a. Few days after the development Sprint started:

Instead of revising the Tenant Name list on Python command line application file, the new Tenant Admin Tool requirement was to rewrite Python command line application with Java language, plus developed several new components to allow uses to view, add, and delete AEM tenants online, which are shown as the diagram below, all of the components within the AEM framework (dash-square with white background). The components with pink background were new ones. The component with purple background was rewritten in Java from Python common line application (developed with Python programming language)



b. In near about the end of the development cycle:
   The requirement was updated with adding security control and changing on user interface web page, added a feature of displaying the status of request processed results



c. In the beginning of the next development cycle:
   The revised requirement was:
   i. Removed the already implemented DELETE function/component to allow the admin users to delete existing tenants;
   ii. Added a new FIX function/feature to allow the admin users to fix the existing tenants by making their setting to the same as the new requirement
   iii. Reorder the tenant access privilege order to fix the permission issues



Due to above changes, the more time had been given for development, around one hundred hours, which lasted for two development cycles (included 2 of Two-week Sprint and 1 of Testing stage). Those additional time was estimated by development team, and agreed by managers in advanced.